Body & Suspension

# ESTIMATE

**Performance Autocrafters**
Fax 703 670 8648

7086 HOT ROD LANE • 32481 Constitution Hwy.
Locust Grove, VA 22508

Phone: (540) 854-6200 • Fax: (540) 854-9877
www.performanceautocrafters.com

| NAME | ☐ INSURED ☐ CLAIMANT | | PHONE (H) 703 (B) 670-4800 | DATE 10/15/05 |
|---|---|---|---|---|
| Mike Todd | | | | |
| STREET 4891 Wellesley Drive | | | CITY Woodbridge VA 22192 | |
| YEAR 1964 | COLOR DK Green | MAKE Ford | MODEL T-Bird Conv. | |
| REGISTRATION # | | SERIAL # | ODOMETER | PREPARED BY |
| INSURANCE CO. | | CLAIM #   DATE OF LOSS | ADJUSTER | LOCATION |

| REPLACE | REPAIR | DESCRIPTION | PARTS | LABOR | SUBLET |
|---|---|---|---|---|---|
| ✱ | | Repair minor rust & dents | | 1200.00 | |
| ✱ | | Refinish body & repaint (all) | | | |
| ✱ | | over original color inc (jambs) | | 1648.00 | |
| 2 | | Paint & detail engine compartment | | 700.00 | 250.00 |
| ✱ ½ | | Paint hardware | | | 250.00 |
| ✱ | | R&R all windows & trim | | 1500.00 | |
| ✱ | | Polish all stainless | | 525.00 | |
| ✱ | | Rechrome Frt & rear bumpers | | | 1400.00 |
| ✱ | | Complete Weatherstrips Kit | 649.00 | 860.00 | 105.00 |
| | | Antenna | 93.95 | 143.00 | |
| ✱ | | RT 1/4 Glass Regulator | 199.95 | 172.00 | |
| 2 | | Power Window Switch | 65.89 | 90.00 | |
| | | Rebuild Clock Assm | | | 299.00 |
| | | Tilt Away Power | 149.95 | 90.00 | |
| 2 | | Rebuild Power Steering Ram | 259.95 | 180.00 | |
| | | P/S Pump & Hoses | 225.00 | 156.00 | |
| 2 | | Rebuild Frt Suspension Assm | 900.00 | 850.00 | |
| | | Chk Wiring & Turn Signals | | 90.00 | |

**TOTAL $** 2563.69    1305.00    4554.00

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER. PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO THE ORIGINAL MANUFACTURER PARTS THEY ARE REPLACING.

The above is an estimate based on our inspection and does not cover any additional parts or labor which may be required after work has been started. Occasionally, worn or damaged parts are discovered which may not be evident on the first inspection. Because of this, the above prices are not guaranteed. Quotations on parts and labor are current and subject to change.

| TOTAL PARTS | $ 2563.69 |
|---|---|
| TOTAL LABOR | $ 1305.00 |
| TOTAL SUBLET | $ 4554.00 |
| TOTAL TOWING | $ |
| TAX | $ 128.18 |
| SUB TOTAL | $ |
| DEDUCTIBLE | $ |
| DEPRECIATION/APPRECIATION ALLOWANCE | $ |
| TOTAL | $ 20301.87 |

**AUTHORIZATION FOR REPAIR:**
You are hereby authorized to make the above repairs:

SIGNED: _____
DATE: _____

EXHIBIT A

ENGINE ...... [handwritten notes at top]

# ESTIMATE

**Performance Autocrafters**
7086 HOT ROD LANE • 32481 Constitution Hwy.
Locust Grove, VA 22508
Phone: (540) 854-6200 • Fax: (540) 854-9877
www.performanceautocrafters.com

| NAME | Mike Todd | ☐ INSURED ☐ CLAIMANT | PHONE (H) 703 (B) 670-4802 | DATE 10/15/05 |
|---|---|---|---|---|
| STREET | | | CITY | |
| YEAR 1964 | COLOR DK GREEN | MAKE FORD | MODEL T-BIRD CONV. | |
| REGISTRATION # | | SERIAL # | ODOMETER | PREPARED BY |
| INSURANCE CO. | | CLAIM # | DATE OF LOSS | ADJUSTER | LOCATION |

| REPLACE | REPAIR | DESCRIPTION | PARTS | LABOR | SUBLET |
|---|---|---|---|---|---|
| ✓ | | REBUILD & RESEAL ENGINE | 1050.00 | 2600.00 | |
| ✓ | | MACHINE SHOP LABOR | | | 1200.00 |
| ✓ | | OVERHAUL TRANS & RESEAL W/CONVERTER | 975.00 | 625.00 | 325.00 |
| ✓ | | REBUILD BRAKE SYSTEM FRT/RR | 349.95 | 300.00 | 125.00 |
| | | INTERIOR: | | | |
| * | | NEW CONV. TOP & PADS | | | |
| * | | SIDE CURTAINS | | | |
| * | | SEAT COVERS & ARM REST PADS | | 1500.00 | 2400.00 |
| * | | DOOR PANELS & 1/4 TRIM PANELS | | | |
| * | | CARPET KIT Complete | | | |
| * | | PADDING & INSULATION | | | |
| | | RT & LFT TOP CYLINDERS | 289.95 | 250.00 | |
| | | Custom Autosound AM FM CD CHANGER | 649.00 | 350.00 | |
| | | SPEAKERS & AMPS | 399.95 | 225.00 | |

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF AUTOMOBILE PARTS NOT MADE BY THE ORIGINAL MANUFACTURER. PARTS USED IN THE REPAIR OF YOUR VEHICLE BY OTHER THAN THE ORIGINAL MANUFACTURER ARE REQUIRED TO BE AT LEAST EQUAL IN LIKE KIND AND QUALITY IN TERMS OF FIT, QUALITY AND PERFORMANCE TO THE ORIGINAL MANUFACTURER PARTS THEY ARE REPLACING.

**TOTAL $** 3223.85 | 5850.00 | 4050.00

The above is an estimate based on our inspection and does not cover any additional parts or labor which may be required after work has been started. Occasionally, worn or damaged parts are discovered which may not be evident on the first inspection. Because of this, the above prices are not guaranteed. Quotations on parts and labor are current and subject to change.

| TOTAL PARTS | $ 3223.85 |
| TOTAL LABOR | $ 5850.00 |
| TOTAL SUBLET | $ 4050.00 |
| TOTAL TOWING | $ |
| TAX | $ 161.19 |
| SUB TOTAL | $ |
| DEDUCTIBLE | $ |
| DEPRECIATION/APPRECIATION ALLOWANCE | $ 13,285.04 |
| TOTAL | $ |

**AUTHORIZATION FOR REPAIR:**
You are hereby authorized to make the above repairs:

SIGNED: _____
DATE: _____