January 6, 2006

PERFORMANCE AutoCrafters
7086 Hot Rod Lane
32481 Constitution Highway
Locus Grove, Virginia 22508



Barney:

Enclosed is a check for $10,000. As a famous man once said…" Let the work begin".

If during the course of the work, there are appropriate times for me to visit and see how the work is progressing, I would appreciate a call. I will bow to your wisdom if this can be done or is worthwhile.

I am quite excited about this effort. Please give me a call if you need anything.

Sincerely,


Mike Todd