American Classic Auto Restoration & Collision Center

301 Duke Street - Airpark West
Louisa, VA 23093
(540) 967-9530
EIN #05-0608358

# Estimate

| Date | Estimate # |
|---|---|
| 2/14/2011 | 1006 |

**Name / Address**

LTC Thomas M. Todd
4891 Wellesley Drive
Woodbridge, VA 22192



| Project |
|---|
| 1965 Ford Thunderb... |

| Description | Qty | Rate | Total |
|---|---|---|---|
| UNLIKE COLLISION ESTIMATING, RESTORATION CHARGES ARE NOT BASED ON A BLANKET MEASURE OF ESTIMATING, BUT ON A TIME AND MATERIALS BASIS. THIS IS NOT AN ACTUAL COST OF THE WORK TO BE PERFORMED AND THE PARTS AND MATERIALS TO BE USED - IT IS MERELY AN ESTIMATE OF WHAT CAN BE SEEN AT THIS TIME. AS THE WORK IS UNDERTAKEN, THERE MAY BE OTHER OR UNKNOWN VARIABLES THAT BECOME VISIBLE AND NEED TO BE ADDRESSED, WHICH MAY MAKE IT NECESSARY TO SUPPLEMENT THE COST OF THE JOB. THE COST OF PARTS, SUPPLIES AND MATERIALS ARE SUBJECT TO CHANGE WITHOUT NOTICE AND ALSO MAY CHANGE THIS ESTIMATE. | | | |
| Parts and labor to rebuild engine | 1 | 6,000.00 | 6,000.00 |
| Parts and labor to rebuild transmission | 1 | 2,500.00 | 2,500.00 |
| Parts and labor to rebuild rear end | 1 | 700.00 | 700.00 |
| Parts and labor for new shocks | 1 | 200.00 | 200.00 |
| New leaf springs | 1 | 800.00 | 800.00 |
| Labor for above line | 1 | 50.00 | 50.00 |
| Parts to rebuild suspension, bushings, ball joints, etc. | 1 | 600.00 | 600.00 |
| Labor for above line | 20 | 50.00 | 1,000.00 |
| Parts to rebuild brake system, turn rotors, etc. | 1 | 400.00 | 400.00 |
| Labor for above line | 20 | 50.00 | 1,000.00 |

Thank you for the courtesy of your business!

| | |
|---|---|
| Subtotal | |
| Sales Tax (5.0%) | |
| **Total** | |

| Phone # |
|---|
| 540-967-9530 |

# American Classic Auto Restoration & Collision Center

301 Duke Street - Airpark West
Louisa, VA 23093
(540) 967-9530
EIN #05-0608358

# Estimate

| Date | Estimate # |
|---|---|
| 2/14/2011 | 1006 |

**Name / Address**

LTC Thomas M. Todd
4891 Wellesley Drive
Woodbridge, VA 22192

| Project |
|---|
| 1965 Ford Thunderb... |

| Description | Qty | Rate | Total |
|---|---|---|---|
| Parts and labor for new exhaust system | 1 | 700.00 | 700.00 |
| Parts and labor for new brake and fuel lines | 1 | 350.00 | 350.00 |
| Parts and labor for new parking brake cable | 1 | 155.00 | 155.00 |
| Scrape and clean underside of car; repair/replace holes in metal as needed; mask, prime and undercoat underside. | 80 | 50.00 | 4,000.00 |
| Parts and materials for above line | 1 | 225.00 | 225.00 |
| Scuff sand, mask and re-clear engine bay | 20 | 50.00 | 1,000.00 |
| Parts and materials for above line | 1 | 100.00 | 100.00 |
| Strip all exterior body panels and remove layers of old paint/material; re-prime | 80 | 50.00 | 4,000.00 |
| Parts and materials for above line | 1 | 200.00 | 200.00 |
| Body work car (rough-in and fill); prep for primer (* additional replacement/repair of sheet metal may be necessary - areas unknown and subject to exposure) | 350 | 50.00 | 17,500.00 |
| Parts and materials for above line | 1 | 440.00 | 440.00 |
| Prime and block sand car body to prep for paint | 400 | 50.00 | 20,000.00 |
| Parts and materials for above line | 1 | 1,500.00 | 1,500.00 |
| Mask and tape car for paint | 20 | 50.00 | 1,000.00 |
| Parts and materials for above line | 1 | 85.00 | 85.00 |
| Paint car, dry sand and buff | 40 | 50.00 | 2,000.00 |
| Parts and materials for above line | 1 | 2,000.00 | 2,000.00 |
| Clean inside of trunk, degrease, media blast and top coat | 30 | 50.00 | 1,500.00 |
| Parts and materials for above line | 1 | 150.00 | 150.00 |

Thank you for the courtesy of your business!

| | |
|---|---|
| Subtotal | |
| Sales Tax (5.0%) | |
| **Total** | |

| Phone # |
|---|
| 540-967-9530 |

# Estimate

**American Classic Auto Restoration & Collision Center**

301 Duke Street - Airpark West
Louisa, VA 23093
(540) 967-9530
EIN #05-0608358

| Date | Estimate # |
|---|---|
| 2/14/2011 | 1006 |

**Name / Address**

LTC Thomas M. Todd
4891 Wellesley Drive
Woodbridge, VA 22192

| Project |
|---|
| 1965 Ford Thunderb... |

| Description | Qty | Rate | Total |
|---|---|---|---|
| Strip, media blast and paint convertible top frame | 40 | 50.00 | 2,000.00 |
| Parts and materials for above line (excluding cost of pump, cylinders and hoses which are not known) | 1 | 250.00 | 250.00 |
| Additional items which are not included in this Estimate are: the cost to replace glass; plating for chrome or stainless steel trim repair; new upholstery, carpet and convertible top; wiring harness; tires, wheels and hubcaps; and any missing parts (i.e., radiator, driveshaft and others unknown at this time). | | | |

Thank you for the courtesy of your business!

| | |
|---|---|
| Subtotal | $72,405.00 |
| Sales Tax (5.0%) | $0.00 |
| **Total** | **$72,405.00** |

| Phone # |
|---|
| 540-967-9530 |